MARY ·WALL, as Administratrix, etc., Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COM-PANY, Appellant.

(Argued January 15, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 26, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*A. S. Coon* for appellant.

*J. A. Hathaway* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, FINCH and GRAY, JJ., dissenting.
Judgment affirmed.

---

JULIA A. RILEY, as Administratrix, etc., Respondent, *v.* HENRY GITTERMAN et al., Appellants.

SAME *v.* SAME.

(Argued January 15, 1891; decided February 3, 1891.)

APPEALS from judgments of the General Term of the Supreme Court in the second judicial department, entered upon orders made December 10, 1889, which affirmed judgments in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Donohue, Newcombe & Cardozo* for appellants.

*Thomas E. Pearsall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.